UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANELL M. CASTAGNOLA,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | Case No. EDCV 09-1992 JC<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 5, 2010

                                                            /s/<br>
                                         Honorable Jacqueline Chooljian<br>
                                         UNITED STATES MAGISTRATE JUDGE